

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ISIDRO ALVAREZ MEDINA, individually and as. Administrator for the ESTATE OF MARTIN ALVAREZ-SANDOVAL, SILVIA ALVAREZ, individually, DAVID ALVAREZ-SANDOVAL, individually, SOFIA ALVAREZ, individually, JORGE ALVAREZ, individually, and JASMINE ALVAREZ, individually,<br><br>               Defendants. | No. 2:25-CV-00301-MKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>**ECF No. 22** |

Before the Court is Plaintiff's Motion for Summary Judgment. ECF No. 22. On April 21, 2026, the Court held a hearing on the motion. ECF No. 30. Skyler Urban appeared on behalf of Plaintiff. Scott Volyn appeared on behalf of Defendants. The Court has reviewed the record, heard from the parties, and is fully informed. For the reasons stated on the record, the Court grants Plaintiff's motion.

ORDER - 1

**IT IS ORDERED:**

1.      Plaintiff's Motion for Summary Judgment, **ECF No. 22**, is

**GRANTED**.

2.      Declaratory judgment is hereby entered in favor of Plaintiff as

follows: the maximum limit of liability under Travelers Policy

No. 6031571232031 for all claims asserted by the Defendants arising

from the November 15, 2024, motor vehicle collision is $100,000.


**IT IS SO ORDERED.**  The District Court Executive is directed to file this

order and provide copies to counsel, and CLOSE this file.

DATED April 22, 2026.


*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2